DOCKET No. 11 CR 866    DEFENDANT: DANIELA CASADEI

AUSA SARAH PAUL (LTS)    DEF.'S COUNSEL BARRY COBURN
☑ RETAINED    ☐ FEDERAL DEFENDERS    ☐ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT SM

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST _____    ☐ VOL. SURR.
                                                         TIME OF ARREST _____    ☐ ON WRIT
☐ Other: _____                                TIME OF PRESENTMENT 3:10PM

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ 1,000,000 PRB
☐ _____ FRP
☑ SECURED BY $ 250,000 CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ + permitted to travel to either Switzerland
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION    ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY 2/2/2016
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☑ CONFERENCE BEFORE D.J. ON 2/4/2016 at 3:30pm
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____    ☐ ON DEFENDANT'S CONSENT

DATE: 2/2/16    _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2